Steve **MATTHEWS**, Appellant,

v.

**GULF & SOUTH AMERICAN STEAM-
SHIP COMPANY, Inc., Appellee.**

No. 21396.

United States Court of Appeals
Fifth Circuit.

Dec. 15, 1964.

Bruce C. Waltzer, New Orleans, La.,
for appellant.

Maurie D. Yager, William E. Wright,
New Orleans, La., Terriberry, Rault,
Carroll, Yancey, & Farrell, New Orleans,
La., of counsel, for appellee.

Before RIVES, Circuit Judges, and
CHRISTENBERRY and MORGAN, District Judges.

PER CURIAM.

The Appellant here complains of the
action of the United States District
Court for the Eastern District of Louisiana in dismissing his libel brought
against the Appellee for maintenance and
cure and unearned wages.

We are in agreement with the District
Court's ruling that the Appellant's injuries, which arose out of a dispute with
a prostitute over the amount to be paid
for her services rendered to the Appellant
resulted from wilful misbehavior. Accordingly, the Appellant is not entitled
to maintenance and cure and unearned
wages, and the judgment of the District
Court is affirmed.